

**JOHN F. WARREN**
Dallas County Clerk
George Allen Sr. Court Bldg.
600 Commerce St, Ste 101
Dallas, Texas 75202-3551

STATE OF TEXAS '

COUNTY OF DALLAS '

I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-19-02325-A.

ANGELA POLLARD, **PLAINTIFF (S)**

VS

JONES LANG LASALLE AMERICAS, INC.; JONES LANG LASALLE SERVICES, INC.; JONES LANG LASALLE - TEXAS, INC.; JONES LANG LASALLE - CENTRAL TEXAS, LLC, **DEFENDANT (S)**

DOCKET SHEET filed on 17th day of April, 2019 in the Dallas County Court at Law No. 1, Dallas County, Texas.

**WITNESS MY HAND AND SEAL** of said Court this 17th day of May, 2019.

John F. Warren, County Clerk

By: *Guisla Hernandez*
Guisla Hernandez, Deputy

**EXHIBIT A1**

County Court at Law No. 1
# Docket Sheet
## Case No. CC-19-02325-A

| | | |
|---|---|---|
| ANGELA POLLARD<br>vs. JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., JONES LANG LASALLE - TEXAS, INC..et al | § § § § | Location: County Court at Law No. 1<br>Judicial Officer: BENSON, D'METRIA<br>Filed on: 04/17/2019 |

### Case Information

Case Type: **DAMAGES (NON COLLISION)**

### Case Assignment

| Date | Case Assignment |
|---|---|
| | **Current Case Assignment**<br>Case Number: CC-19-02325-A<br>Court: County Court at Law No. 1<br>Date Assigned: 04/17/2019<br>Judicial Officer: BENSON, D'METRIA |

### Party Information

*Lead Attorneys*

**PLAINTIFF**  POLLARD, ANGELA

**LONG, HEATHER**
*Retained*
*214-699-5994(W)*
*CARTER LONG PC*
*4310 N. Central Expressway*
*SUITE 104*
*DALLAS, TX 75206*

**DEFENDANT**  JONES LANG LASALLE - CENTRAL TEXAS, LLC
*REGISTERED AGENT: CORPORATION SERVICE COMPANY*
*D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY*
*211 E. 7TH STREET, SUITE 620*
*AUSTIN, TX 78701-3218*

JONES LANG LASALLE - TEXAS, INC.
*REGISTERED AGENT: CORPORATION SERVICE COMPANY*
*D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY*
*211 E. 7TH STREET, SUITE 620*
*AUSTIN, TX 78701-3218*

| Date | Events & Orders of the Court | Index |
|---|---|---|
| 04/17/2019 | NEW CASE FILED (OCA) | |
| 04/17/2019 | ORIGINAL PETITION<br>  Party: PLAINTIFF POLLARD, ANGELA | |
| 04/18/2019 | ISSUE CITATION | |
| 04/18/2019 | JURY TRIAL DEMAND | |
| 04/18/2019 | **CITATION (SERVICE)**<br>  JONES LANG LASALLE AMERICAS, INC.<br>  Served: 04/26/2019<br>  JONES LANG LASALLE SERVICES, INC.<br>  Served: 04/26/2019 | |

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

| | | |
|---|---|---|
| | JONES LANG LASALLE - TEXAS, INC.<br>Served: 04/26/2019<br>JONES LANG LASALLE - CENTRAL TEXAS, LLC<br>Served: 04/26/2019<br>*E-SERVE#32922237* | |
| 05/07/2019 | RETURN OF SERVICE<br>Party: PLAINTIFF POLLARD, ANGELA<br>*JONES LANG LASALLE SERVED: 4/26/19 RETURNED: 5/7/19* | |
| 05/07/2019 | RETURN OF SERVICE<br>Party: PLAINTIFF POLLARD, ANGELA<br>*JONES LANG LASALLE SERVICES, INC. SERVED: 4/26/19 RETURNED: 5/7/19* | |
| 05/07/2019 | RETURN OF SERVICE<br>Party: PLAINTIFF POLLARD, ANGELA<br>*JONES LANG LASALLE AMERICAS, INC. SERVED: 4/26/19 RETURNED: 5/7/19* | |
| 05/07/2019 | RETURN OF SERVICE<br>Party: PLAINTIFF POLLARD, ANGELA<br>*JONES LANG LASALLE-CENTRAL TEXAS, LLC SERVE 4/26/19 AT 4:20 PM TRAVIS COUNTY* | |
| **DATE** | **FINANCIAL INFORMATION** | |

**PLAINTIFF** POLLARD, ANGELA
Total Charges　　　　　　　　　　　　　　　　　　　　　　　　　　333.00
Total Payments and Credits　　　　　　　　　　　　　　　　　　　333.00
**Balance Due as of 5/17/2019**　　　　　　　　　　　　　　　　　　**0.00**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE